IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ONEWEST BANK, FSB,

    Plaintiff,

  v.

MICHAEL COHEN, et al.,

    Defendants.

No. C-12-1826 MMC

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS; ADOPTING REPORT AND RECOMMENDATION; REMANDING ACTION TO STATE COURT**

Before the Court is Magistrate Judge Maria-Elena James's Report and Recommendation, filed May 3, 2012, by which she recommends the above-titled action be remanded to state court for lack of subject matter jurisdiction. No party has filed a response thereto. Also before the Court is removing party Carlos Vasquez's Application to Proceed in Forma Pauperis, filed April 11, 2012.

Having read and considered the above-referenced filings, the Court rules as follows:

1. The Application to Proceed in Forma Pauperis is hereby GRANTED.

2. The Report and Recommendation is hereby ADOPTED in its entirety, and, accordingly, the above-titled action is hereby REMANDED to the Superior Court of the State of California, in and for the County of Calaveras.

**IT IS SO ORDERED.**

Dated: May 31, 2012

                                    MAXINE M. CHESNEY
                                    United States District Judge