# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

An Administrative Motion to Consider Whether Cases Should Be Related has been filed, requesting a determination as to whether the following cases are related within the meaning of Civil L.R. 3-12(a):

| | |
|---|---|
| C 12-1826 MMC | OneWest Bank, FSB v. Vasquez |
| C 12-3299 WHA | OneWest Bank, FSB v. Vasquez |
| C 12-4603 EDL | OneWest Bank, FSB v. Vasquez |

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed cases, I find that the cases:

[  ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a).

Counsel are instructed that all future filings in the reassigned cases are to bear the initials **MMC** immediately after the case number. Any case management conference in the reassigned cases will be rescheduled by the Court. Any deadlines set by the ADR Local Rules remain in effect, and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the undersigned.

**DATED**: September 13, 2012

_____
MAXINE M. CHESNEY
United States District Judge